AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

LENA WILLIAMS, Individually and as administrator of the
Estate of Melvin Williams, Deceased,

    Plaintiff,

v.

JEFFREY DEAL, in his individual capacity as a Police
Officer of the City of East Dublin, WILLIAM LUECKE, in
his individual capacity as Chief of Police of the City of East
Dublin, and CITY OF EAST DUBLIN, a municipal
corporation of Georgia,
    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV311-061

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on August 18, 2014, the Defendants' motion for summary judgment is GRANTED IN PART and DENIED IN PART. Therefore, judgment is hereby ENTERED in favor of Defendants City of East Dublin and William Luecke on all claims, and in favor of Defendant Jeffrey Deal on Plaintiff's federal claim of false arrest and state law claim of intentional infliction of emotional distress. Defendants City of East Dublin and William Luecke are DISMISSED from this action.

| August 18, 2014 | Scott L. Poff |
|---|---|
| Date | Clerk |
| | (By) Deputy Clerk |

GAS Rev 10/1/03